KAZEROUNI LAW GROUP, APC
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

HYDE & SWIGART
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
Kevin Lemieux, Esq. (225886)
kevin@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REBECCA STACY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>ASSENT, INC.,<br><br>Defendant. | Case No.: 3:17-cv-00783-WQH-NLS<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF THE ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS MEMBERS PURSUANT TO FRCP 41(A)(1)(A)(I) |

Plaintiff REBECCA STACY ("Plaintiff"), by and through Plaintiff's undersigned counsel, respectfully submits this Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure

Plaintiff hereby moves to dismiss the Action WITH PREJUDICE as to the named Plaintiff and WITHOUT PREJUDICE as to the putative class members.

Date: May 5, 2017

KAZEROUNI LAW GROUP, APC

By: ____/s Abbas Kazerounian_____
ABBAS KAZEROUNIAN.
ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626